# EXHIBIT A

IN THE COURT OF COMMON PLEAS OF THE STATE OF SOUTH CAROLINA FOR YORK COUNTY

**Johnny Martin, Jr.; Jennifer Martin**

Plaintiff/Petitioner

vs.

**Little Giant Ladder Systems, LLC, d/b/a Little Giant Solutions, Gear 4 Guys, LLC, It's a Guy Thing; Lowes Home Centers, LLC**

Defendant/Respondent

DOCKET NO: **2024CP4600261**

FILING DATE: **01/25/2024**

AFFIDAVIT OF SERVICE OF:
Complaint; Summons

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **13th day of February, 2024**, at **7:15 PM**, at the address of **107 GREEN CREST WAY, EASLEY, Anderson County, SC 29642**; this affiant served the above described documents upon **Little Giant Ladder Systems, LLC dba Little Giant Solutions, Gear 4 Guys, LLC, and It's a Guy Thing c/o DAVID FRANCIS** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **DAVID FRANCIS, I delivered the documents to DAVID FRANCIS with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 6'0"-6'2" tall and weighing 180-200 lbs with a goatee.**.

Date: 2-13-2024

_____
**Casey Putnam**

SUBSCRIBED AND SWORN to before me this 13 day of Feb , 2024

_____
NOTARY PUBLIC in and for the State of **South Carolina**
My commission expires 8/7/33

Donna C Terry
NOTARY PUBLIC
State of South Carolina
My Commission Expires 08/07/2033

REF: **Johnny Martin**
FOR: **Parker Law Group**

PAGE 1 OF 1

ORIGINAL AFFIDAVIT OF
SERVICE

 

Tracking #: **0124598466**

ELECTRONICALLY FILED - 2024 Feb 15 8:54 AM - YORK - COMMON PLEAS - CASE#2024CP4600261